IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NICK VINCENT FLOR,

     Plaintiff,

v.                                               CIV No. 1:20-00027-JAP-LF

THE UNIVERSITY OF NEW MEXICO,
a public university, CAMILLE CAREY,
individually and in her official capacity,
ANGELA CATENA, individually and
un her official capacity, SARA M.
CLIFFE, individually and in her official
capacity, and EVA CHAVEZ,

     Defendants.

## **ORDER**

     Defendants' Motion to Continue Hearing [24] filed March 19, 2020 will be GRANTED.

The PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND

PRELIMINARY INJUNCTION AGAINST DEFENDANTS THE UNIVERSITY OF NEW

MEXICO, CAMILLE CAREY, ANGELA CATENA, AND SARA M. CLIFFE [22] will be

RESET for April 2, 2020 at 1:30 p.m. at the United States Courthouse at 421 Gold in the 6th floor

Historic Courtroom.  The Court finds that the Defendants' should respond in writing to the

Plaintiff's Motion by March 24, 2020.

     IT IS ORDERED that:

1. Defendants' Motion to Continue Hearing [24] is granted;

2. Defendants must file a Response to Plaintiff's Motion by March 24, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE