UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

NICK VINCENT FLOR

    Plaintiff,                                                   Civ. No. 20-27 JAP/LF

v.

THE UNIVERITY OF NEW MEXICO;
CAMILLE CAREY, individually and in her
official capacity; ANGELA CATENA,
individually and in her official capacity;
SARA M. CLIFFE, individually and in her
official capacity; and EVA CHAVEZ

    Defendants.

## ORDER

On May 18, 2020, Plaintiff Nick Flor filed PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS ("Motion") (Doc. 43). The current deadline for Plaintiff to file a response to DEFENDANTS UNIVERSITY OF NEW MEXICO, CAMILLE CAREY, ANGELA CATENA, AND SARA CLIFFE'S MOTION TO PARTIALLY DISMISS FIRST AMENDED COMPLAINT (Doc. 40) is May 25, 2020. Plaintiff, however, requests a one-week extension to file a response brief. The Court finds that the Motion is well taken and will grant it.

IT IS THEREFORE ORDERED THAT PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS (Doc. 43) is GRANTED. Plaintiff has until June 1, 2020, to file a response.

                                                                               _____
                                                                               SENIOR UNITED STATES DISTRICT JUDGE