AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

Nick Vincent Flor

*Plaintiff(s)*

v.

University of New Mexico, et al.

*Defendant(s)*

Civil Action No. 1:20-cv-00027-JAP-LF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Eva Chavez
411 19th St. NW
Albuquerque, NM 87104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Harrison & Hart, LLC
1001 Luna Circle NW
Albuquerque, NM 87102
T: (505) 295-3261

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Monday, March 16, 2020

Amy Padilla
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-00027-JAP-LF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Eva Chavez__
was received by me on *(date)* __3/26/20__.

☒ I personally served the summons on the individual at *(place)* __411 19th St NW__
✱ Refusal - would not open door - left documents ✱ on *(date)* __4/2/20__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __N/A__ for travel and $ __40__ for services, for a total of $ __40.00__ .

I declare under penalty of perjury that this information is true.

Date: __4/2/20__

_____
Server's signature

A. Garcia Process Server
Printed name and title

PO Box 35784
Abq, NM 87176
Server's address

Additional information regarding attempted service, etc: