**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**NICK VINCENT FLOR,**

**Plaintiff,**

**v.**                                                          **Cause No. 1:20-cv-00027-JAP-LF**

**THE UNIVERSITY OF NEW MEXICO,**
**a public university, CAMILLE CAREY,**
**individually and in her official capacity,**
**ANGELA CATENA, individually and**
**un her official capacity, SARA M.**
**CLIFFE, individually and in her official**
**capacity, and EVA CHAVEZ,**

**Defendants.**

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS
UNIVERSITY OF NEW MEXICO, CAMILLE CAREY, ANGELA CATENA, AND
SARA CLIFFE'S MOTION TO PARTIALLY DISMISS FIRST AMENDED
COMPLAINT**

Defendants the University of New Mexico ("UNM"), Camille Carey, Angela Catena, and

Sara Cliffe, by and through their attorneys, Conklin, Woodcock & Ziegler, P.C. (Alisa Wigley-

DeLara), move this Court for an Order for an extension of time for these Defendants to file a Reply

to Plaintiff's Response in Opposition to Defendants University of New Mexico, Camille Carey,

Angela Catena, and Sara Cliffe's Motion to Partially Dismiss First Amended Complaint (Doc. 52)

to Monday, June 29, 2020.

1. On June 5, 2020 Plaintiff's filed a Response in Opposition to Defendants University of

New Mexico, Camille Carey, Angela Catena, and Sara Cliffe's Motion to Partially Dismiss First

Amended Complaint.

2. Any reply to that response is currently due June 19, 2020.

1

3.  Counsel for Defendants has other deadlines on or around the same day.

4.  Defendants therefore respectfully requests an extension of time to file a reply to Plaintiff's Response in Opposition to Defendants University of New Mexico, Camille Carey, Angela Catena, and Sara Cliffe's Motion to Partially Dismiss First Amended Complaint to June 29, 2020.

5.  Plaintiff, through counsel Nicholas T. Hart, does not oppose this motion.

WHEREFORE, Defendants respectfully request this Court to grant the Motion for Extension of time to file a Reply to Plaintiff's Response in Opposition to Defendants University of New Mexico, Camille Carey, Angela Catena, and Sara Cliffe's Motion to Partially Dismiss First Amended Complaint to June 29, 2020, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

CONKLIN, WOODCOCK & ZIEGLER, P.C.

By: */s/ Alisa Wigley-DeLara*
      Alisa Wigley-DeLara
      320 Gold Ave., Suite 800
      Albuquerque NM 87102
      Telephone: (505) 224-9160
      *Attorney for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was e-filed and served via email upon counsel of record on this 15th day of June, 2020.

*/s/ Alisa Wigley-DeLara*
Alisa Wigley-DeLara

2