IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NICK VINCENT FLOR,

    Plaintiff,

v.                                          No. 1:20-cv-00027-JAP-LF

THE UNIVERSITY OF NEW MEXICO,
a public university, CAMILLE CAREY,
individually and in her official capacity,
ANGELA CATENA, individually and
in her official capacity, SARA M.
CLIFFE, individually and in her official
capacity, and EVA CHAVEZ,

    Defendants.

## CERTIFICATE OF SERVICE

    I certify that Plaintiff's First Set of Requests for the Production of Documents to Defendant University of New Mexico and First Set of Interrogatories to Defendant University of New Mexico were served on Defendant University of New Mexico, electronically to counsel of record on July 15, 2020.

    Respectfully submitted,

    */s/ Nicholas T. Hart*

    Carter B. Harrison, IV
    Nicholas T. Hart
    HARRISON & HART, LLC
    1001 Luna Circle NW
    Albuquerque, NM 87102
    T: (505) 295-3261
    F: (505) 341-9340
    carter@harrisonhartlaw.com
    nick@harrisonhartlaw.com

    Samantha Harris
    MUDRICK & ZUCKER, P.C.
    325 Sentry Parkway

Building 5 West, Suite 320
Blue Bell, PA 19422
T: (610) 832-0100
F: (610) 279-3900
samantha@mudrickzucker.com

*Attorneys for Plaintiff Nick Vincent Flor*

2