IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NICK VINCENT FLOR,

    Plaintiff,

v.                                                    Civ. No. 20-27 JAP/LF

CAMILLE CAREY, individually and in her
official capacity; ANGELA CATENA,
individually and in her official capacity;
SARA M. CLIFFE, individually and in her
official capacity; and EVA CHAVEZ,

    Defendants.

## NOTICE OF PRETRIAL ORDER DEADLINE, PRETRIAL CONFERENCE, AND TRIAL

    As directed by United States Magistrate Judge Laura Fashing, the consolidated Pretrial Order is due by **January 19, 2021**. **Please provide the consolidated Pretrial Order in Word format to Judge Parker's proposed text email: parkerproposedtext@nmd.uscourts.gov. Judge Parker's Pretrial Order form is different from the District form. Counsel should use Judge Parker's Pretrial Order form from the Court website at http://www.nmd.uscourts.gov. Click on "Judges" under Quick Links, click on "Judge James A. Parker," "Procedures," and "Pre-Trial Order Form."**

    Please note that a pretrial conference is scheduled on **February 9, 2021, at 11:00 a.m.** at the United States Courthouse, 421 Gold Ave. SW, Sixth floor, Albuquerque, New Mexico. **Counsel should be prepared to discuss all pending motions at the pretrial conference**. Counsel should advise Judge Parker, in writing, if discovery deadlines are extended beyond October 21, 2020, in order that the pretrial conference and/or trial can be vacated and reset at a later date. If trial counsel is unable to attend the pretrial conference, substitute counsel who is prepared to

discuss and give information about the trial may attend the pretrial conference.

This matter is scheduled for jury selection and trial on a trailing calendar beginning on **March 1, 2021 at 1:30 p.m.** at the United States Courthouse, <u>421 Gold Ave. SW, Sixth Floor, Albuquerque, New Mexico</u>. Trial preparation instructions can be accessed through the Court's website at <u>http://www.nmd.uscourts.gov.</u>

Please direct all inquiries to: Shannon Nairn, Law Clerk to
Hon. James A. Parker, Senior United States District Judge
(505) 348-2220
A true copy of this notice/order was served via mail or
electronic means to counsel of record as they are shown on the Court's docket.
