IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NICK VINCENT FLOR,**

      **Plaintiff,**

v.                          Cause No. 1:20-cv-00027-JAP-LF

**THE BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO,
STEPHEN BISHOP, LISA BROIDY,
KEVIN GICK, KARIN HIGH, ERIC LAU,
individually and in their official capacities,
and EVA CHAVEZ,**

      **Defendants.**

## ORDER GRANTING JOINT MOTION TO VACATE CURRENT TRIAL SETTING AND OTHER ASSOCIATED DEADLINES

On September 8, 2020, the parties submitted a JOINT MOTION TO VACATE CURRENT TRIAL SETTING AND OTHER ASSOCIATED DEADLINES (Doc. 70). The Court finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED THAT the JOINT MOTION TO VACATE CURRENT TRIAL SETTING AND OTHER ASSOCIATED DEADLINES (Doc. 70) is GRANTED. The Pretrial Conference set for February 9, 2021 and the trial setting of March 1, 2021 are hereby vacated.

_____
SENIOR DISTRICT COURT JUDGE