IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NICK VINCENT FLOR,

    Plaintiff,

v.                                                               Cause No. 1:20-cv-00027-JAP-LF

THE BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO,
STEPHEN BISHOP, LISA BROIDY,
KEVIN GICK, KARIN HIGH, ERIC LAU,
individually and in their official capacities,
and EVA CHAVEZ,

    Defendants.

### DECLARATION OF BARBARA RODRIGUEZ

Barbara Rodriguez, being duly sworn under oath and deposes as follows:

1. I am over the age of 18, and the information contained in this declaration is based upon my personal knowledge.

2. At all relevant times and currently, I was the Senior Vice Provost of Academic Affairs at the University of New Mexico ("UNM").

3. Pursuant to UNM Faculty Handbook Policy C07, following the Peer Hearing involving Professor Flor, he was permitted to seek a record review of the Peer Hearing panel decision to the Provost's office.

4. Professor Flor did not request a record review of the Peer Hearing panel decision.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 14, 2020

                                                                           Barbara Rodriguez

1

**EXHIBIT F**