**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

NICK VINCENT FLOR,

    Plaintiff,                                                      Civ. No. 20-27 JAP/LF

v.

THE BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO *et al.*,

    Defendants.

**ORDER GRANTING DEFENDANTS' UNOPPOSED**
**MOTION FOR EXTENSION OF TIME**

On November 18, 2020, Defendants Steven Bishop, Lisa Broidy, Kevin Gick, Karin High, and Eric Lau filed DEFENDANTS' MOTION FOR EXTENSION OF TIME, Doc. 89, in which they seek an extension of time to respond to PLAINTIFF'S RESPONSE IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, Doc. 85. The Court has reviewed the Motion and finds that it should be granted.

IT IS THEREFORE ORDERED THAT Defendants Stephen Bishop, Lisa Broidy, Kevin Gick, Karin High, and Eric Lau are granted an extension of time to file a Reply to PLAINTIFF'S RESPONSE IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT until December 9, 2020.

*/s/ James A. Parker*
SENIOR UNITED STATES DISTRICT JUDGE