IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NICK VINCENT FLOR,

    Plaintiff,

v.                              Cause No. 1:20-cv-00027-MLG-LF

THE BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO,
STEPHEN BISHOP, LISA BROIDY,
KEVIN GICK, KARIN HIGH, ERIC LAU,
individually and in their official capacities,
and EVA CHAVEZ,

    Defendants.

## DEFENDANTS' UNOPPOSED MOTION TO VACATE AND RESET HEARING

Defendants, the Board of Regents of the University of New Mexico, Stephen Bishop, Lisa Broidy, Kevin Gick, Karin High, and Eric Lau (collectively "UNM Defendants"), by and through their counsel of record, move this Court for an Order vacating and resetting the hearing set for April 26, 2023.

1.     The UNM Defendants moved for summary judgment on July 11, 2022 (Doc. 191).

2.     The Motion is fully briefed and ready for decision.

3.     On March 31, 2023, the Court set the Motion for hearing on April 26, 2023, at 10:00 a.m.

4.     Counsel for the UNM Defendants has a conflict for April 26, 2023, as she has a hearing the following day in Las Cruces involving several outstanding and substantive motions. As such, counsel for the UNM Defendants will not have the ability to adequately prepare.

5.     The UNM Defendants request that the hearing be vacated and reset for a later date.

6.     Counsel for Plaintiff does not oppose this request.

WHEREFORE, the UNM Defendants respectfully request this Court to vacate the hearing on April 26, 2023, and reset it for a later date, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

DELARA | SUPIK | ODEGARD P.C.

By /s/ Alisa Wigley-DeLara
Alisa Wigley-DeLara
P.O. Box 91596
Albuquerque, NM 87199-1596
(505) 999-1500
alisa@delaralaw.com

CONKLIN, WOODCOCK & ZIEGLER, P.C.

John K. Ziegler
Philip B. Hunteman
320 Gold Ave., Suite 800
Albuquerque NM 87102
(505) 224-9160
jkz@conklinfirm.com
pbh@conklinfirm.com

*Attorneys for UNM Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was e-filed and served via email upon counsel of record on this 13th day of April, 2023.

*/s/ Alisa Wigley-DeLara*
Alisa Wigley-DeLara