UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NICK VINCENT FLOR,**

    **Plaintiff,**

v.                                             Cause No. 1:20-cv-00027-MLG-LF

**THE BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO,
STEPHEN BISHOP, LISA BROIDY,
KEVIN GICK, KARIN HIGH, ERIC LAU,
individually and in their official capacities,
and EVA CHAVEZ,**

    **Defendants.**

## ORDER TO VACATE AND RESET HEARING

THIS MATTER, having come before the Court on Defendants' Unopposed Motion to Vacate and Reset Hearing [Doc. 214], and the Court having been advised of the circumstances herein, finds that the Motion is well taken and is GRANTED.

The hearing set for April 26, 2023, at 10:00 a.m. concerning Defendants' Motion for Summary Judgment [Doc. 191] shall be vacated and reset at a future date.

_____
MATTHEW L. GARCIA
UNITED STATES DISTRICT JUDGE