IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NICK VINCENT FLOR,

    Plaintiff,

v.                                                Case No. 1:20-CV-00027-MLG-LF

THE BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO,
STEPHEN BISHOP, LISA BROIDY,
KEVIN GICK, KAREN HIGH, ERIC LAU,
individually and in their official capacities,
and EVA CHAVEZ,

    Defendants.

**ORDER**

    The Court orders the parties file supplemental briefing concerning the arguments raised in the UNM Defendants' Motion for Summary Judgment as to Counts III, IV, V, and VI of the Second Amended Complaint, Doc. 191, as additional briefing will be helpful for adjudication of this action. The briefs are limited to addressing current standards under Title IX, 20 U.S.C. §§ 1681-88 (1988), in light of the Tenth Circuit's decision in *Doe v. University of Denver*, 1 F.4th 822, 829 (10th Cir. 2021), and how the holding in that case bears on the issues raised in the parties' summary judgment briefs. Docs. 191, 198, 208.

    The parties' supplemental briefing is due on or before Friday, February 28, 2025, at 5:00 p.m. No response or reply briefs permitted.

    It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA